```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

CYNTHIA DAWN SARSFIELD,           )
    Appellant,                )
                              )  Civil Action No. 05-1614
    v.                        )
                              )  (U.S. Bankruptcy Court
JAMES R. WALSH, ESQUIRE, ETC., )       No. 05-71295-BM)
    Appellee.                 )

## ORDER OF COURT

Before the court is appellee's motion to stay briefing schedule and remand case to bankruptcy court [document #4], which requests a stay of the briefing schedule set by this court to allow the U.S. Bankruptcy Court to consider a motion to settle and compromise disputed claims, the resolution of which may render the instant bankruptcy appeal moot.

Therefore, it appearing that no further action needs to be taken at this time and in the interest of judicial economy, IT IS HEREBY ORDERED that the motion is GRANTED in that the instant case is remanded to the U.S. Bankruptcy Court for the Western District of Pennsylvania to consider for approval the parties' proposed settlement. However, in lieu of considering the parties motion for stay, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

12/20/05

cc: All counsel of record
    United States Bankruptcy Court